■ In the Matter of KEVIN LEE, Petitioner, v THOMAS A. COUGHLIN, III, as Commissioner of the New York State Department of Correctional Services, et al., Respondents. [612 NYS2d 973] —Proceeding pursuant to CPLR article 78 (transferred to this Court by order of the Supreme Court, entered in Greene County) to review a determination of respondent Commissioner of Correctional Services which found petitioner guilty of violating certain prison disciplinary rules.

We initially note that, contrary to petitioner's contention, there is no requirement that the Hearing Officer personally interview a confidential informant. Although third-party credibility assessments are insufficient, the record here contains sufficient material to enable the Hearing Officer to independently assess the credibility of the informant and the reliability of the information. The confidential transcript which included detailed probative information, as well as the testimony at the hearing and the misbehavior report, provide substantial evidence to support the determination of guilt. Any remaining contentions raised by petitioner have been considered and found lacking in merit.

Cardona, P. J., White, Casey, Weiss and Peters, JJ., concur. Adjudged that the determination is confirmed, without costs, and petition dismissed.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WILLARD KEENER, Appellant. [612 NYS2d 972] —Appeal from a judgment of the County Court of Broome County (Smith, J.), rendered November 20, 1992, convicting defendant upon his plea of guilty of the crimes of rape in the first degree and burglary in the first degree.

Upon his plea of guilty of burglary in the first degree and rape in the first degree, defendant was sentenced to concurrent terms of imprisonment of 8 to 24 years. Defendant's only contention on this appeal is that the sentence imposed is harsh and excessive. Defendant pleaded guilty knowing that he would receive the sentence imposed, which was less than the harshest possible. Upon review of the record, we find no basis to disturb the sentence imposed by County Court.

Mikoll, J. P., Mercure, Crew III, Weiss and Yesawich Jr., JJ., concur. Ordered that the judgment is affirmed.